**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John Philip PETERSON, Petitioner**

No. 574 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**